UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States</u>

      v.                      Case No. 08-cr-135-01-SM

<u>Normand Forand</u>


<u>ORDER</u>

Re: Document No. 67, Motion to Appoint [New] Counsel

Ruling: Denied, without prejudice. The motion does not provide grounds justifying the appointment of substitute counsel. The final revocation hearing was continued on defendant's motion, to facilitate his successful completion of the Therapeutic Community Program. Presumably defendant is enrolled in and successfully participating in that program, leaving little for counsel to attend to until he completes it. A copy of defendant's motion shall be forwarded to counsel with the expectation that counsel will discuss the issues raised with the defendant.


Date: September 5, 2012          <u>/s/ Steven J. McAuliffe</u>
                                          Steven J. McAuliffe
                                          Chief Judge


cc:  Paul J. Garrity, Esq.
     Arnold Huftalen, AUSA
     U.S. Marshal
     U.S. Probation
     Norman Forand