UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

      v.                     Case No. 08-cr-135-01-SM

<u>Normand Forand</u>

### ORDER

Re: Document No. 71, Second Motion for Appointment of New Counsel filed by Normand Forand.

Ruling: Denied without prejudice to renewing the motion at the scheduled October 30, 2012, hearing. As noted earlier, the continuance, granted at his request, was intended to benefit defendant by providing him with an opportunity to complete the Therapeutic Community Program. Defendant is not entitled to appointed counsel of his choice and his pro se motion does not establish grounds warranting the appointment of substitute counsel. If there are in fact grounds warranting appointment of substitute counsel, defendant may more fully present them at the hearing during an ex parte session.

Date: October 16, 2012

                                                  Steven J. McAuliffe
                                                  U.S. District Judge

cc:   Paul Garrity, Esq.
       Arnold Huftalen, AUSA
       U.S. Probation Office
       U.S. Marshal
       Normand Forand